UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: *Ferrara*, C.A. No. 06-7575 | SECTION "K" (2) |

### ORDER

Before the Court is Plaintiff's Motion to Remand (Rec.Doc.No. 3378). Defendant removed the action maintaining that subject matter jurisdiction exists over the proceeding under 28 U.S.C. §§ 1369 and 1441(e)(1)(B). This Court has held that a levee breach caused by Hurricane Katrina is not a "single accident, where at least 75 natural persons have died in the accident at a discrete location" under the Multiparty, Multiforum Trial Jurisdiction Act ("MMTJA"). For the reasons set forth in *Case v. ANPAC Louisiana Ins. Co.*, No. 06-7390 (E.D. La. Dec. 11, 2006), the Court finds that subject matter jurisdiction does not exist over this proceeding. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec.Doc.No. 3378) is **GRANTED** and the action is **REMANDED** to state court.

New Orleans, Louisiana, on this  13th  day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE